1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

FILED
SEP 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 05-00401 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 25, 2005 TO SEPTEMBER 23, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| DUANIEAL MENIFEE, | ) | |
| Defendants. | ) | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling an appearance date of September 23, 2005 at 9:00 a.m. before the Honorable D. Lowell Jensen for a status conference, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 25, 2005 to September 23, 2005. The parties agree, and the Court finds and holds, as follows:

   1. The defendant is out of custody.

   2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon defense counsel's need to obtain and review discovery to effectively prepare to defend this case.

   3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 25, 2005 to September 23, 2005, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before the Honorable D. Lowell Jensen of September 25, 2005 at 9:00 a.m. for a status conference; and (2) orders that the period from August 25, 2005 to September 23, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 8/30/05

JEROME MATTHEWS
Attorney for the Defendant

DATED: 8/30/05

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9-21-05

D. LOWELL JENSEN
United States District Judge