FILED

OCT 1 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 12th Street
   Suite 650
4  Oakland, CA 94607
   510-637-3500
5
   Counsel for Defendant DUANIEAL MENIFEE
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )
                                  )  No. CR 05-00401 DLJ
12              Plaintiff,        )
                                  )  STIPULATION AND [PROPOSED]
13      v.                        )  ORDER CONTINUING HEARING
                                  )  DATE
14 DUANIEAL MENIFEE               )
                                  )
15              Defendant.        )
   _____)
16

17     Duanieal Menifee was scheduled to appear before this Court for a status conference on October 7, 2005. Due to the illness of a member of defense counsel's family, the matter was taken off calendar by agreement of the parties. IT IS STIPULATED AND AGREED that this matter be continued to October 28, 2005, and that the time between October 7, 2005 and October 28, 2005 be excluded under the Speedy Trial Act on the grounds of continuity of counsel and defense preparation.

ORDER

| | |
|---|---|
| October 18, 2005 | /S/ <br> ――――――――――― <br> KIRSTIN AULT <br> Assistant United States Attorney |
| October 17, 2005 | /S/ <br> ――――――――――― <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that this matter be continued to October 28, 2005, and the time under the Speedy Trial Act be excluded on the grounds set forth in the foregoing stipulation.

October **18**, 2005

―――――――――――
D. LOWELL JENSEN
United States District Judge

ORDER