FILED

JAN 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street
Suite 650
Oakland, CA 94607
510-637-3500

Counsel for Defendant DUANIEAL MENIFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00401 DLJ |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER |
| v. ) | COMMANDING PRODUCTION OF |
| ) | SUBPOENAED DOCUMENTS |
| DUANIEAL MENIFEE ) | |
| Defendant. ) | |

On November 15, 2005, in response to the application of Duanieal Menifee under Fed. R. Crim. P. Rule 17(b) and (c), this Court issued a subpoena requiring the Antioch Police Department to produce documents reflecting, referring or relating to

(1) any calls to the Antioch Police Department regarding disturbances, complaints, ordinance violations, or other similar activity occurring at, emanating from, or involving the residents of 1512 Sycamore Drive, #2 in Antioch, California from the period October 15, 2004 through April 15, 2005;

(2) any calls to the Antioch Police Department originating from 2208 B Manzanita Way; and,

(3) any citations issued by the Antioch Police Department to Markell Eugene Crater or his mother, Nicomas Crater aka Nicomas Bennett.

ORDER

After the government filed a motion to quash the subpoena and obtained a temporary stay of the subpoena order, the Court, on January 6, 2006, after considering the briefs and arguments of counsel, denied the government's motion to quash.

IT IS THEREFORE ORDERED that the subpoena command the production of the requested materials to the Federal Public Defender forthwith, and in no event any later than February 10, 2006.

January 31, 2006

_____
D. LOWELL JENSEN
United States District Judge

ORDER