## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>MAY 1 8 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** | **DUANIEAL MENIFEE** |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** | **CR 05-00401 DLJ** |
| **DATE:** | May 17, 2006 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____VICTORIA GIBSON_____          _____510-637-3752_____
U.S. PRETRIAL SERVICES OFFICER                              TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____/s/ Wayne D. Brazil_____          _____5-18-06_____
JUDICIAL OFFICER                                                            DATE

cc: WDB's Stats, Copies (face sheet only) to parties via ECF
Frances & Pretrial

Cover Sheet (12/03/02)